District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDEEP SINGH HEIRH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | No. 2:23-cv-1657-RSM <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> December 21, 2023 |

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate their Forms I-589, Applications for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on January 8, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until May 23, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff Guriqbal Singh Heihr's asylum interview for January 24, 2024, and Plaintiff Amandeep Singh Heirh's asylum interview for January 31, 2024. USCIS agrees to diligently work towards completing the adjudications within 120 days of the interviews, absent unforeseen or exceptional circumstances that would require additional time for adjudications. If the adjudications are not completed within that time, USCIS will provide a status report to the Court. Plaintiffs will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiffs recognize that failure to submit documents prior to the interview may require the interview(s) to be rescheduled and the adjudication(s) delayed. If needed, Plaintiffs will bring an interpreter to the interviews, otherwise the interviews will need to be rescheduled and the adjudication delayed. After the interviews, USCIS will need time to adjudicate Plaintiffs' asylum applications. Once the applications are adjudicated, Plaintiffs will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiffs' asylum interviews and then process their asylum applications.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until May 31, 2024. The parties will submit a joint status report on or before May 31, 2024.

//

//

//

STIPULATED MOTION FOR ABEYANCE - 2
(23-cv-1657-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated: December 21, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 388 words, in compliance with the Local Civil Rules.***

*s/ Bart Klein*
BART KLEIN WSBA# 10909
Law Offices of Bart Klein
605 First Avenue, #500
Seattle, Washington 98104
Phone: 206-755-5651
Email:  bart.klein@bartklein.com
*Attorney for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE - 3
(23-cv-1657-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

The case is held in abeyance until May 31, 2024.  The parties shall submit a joint status report on or before May 31, 2024.  It is so **ORDERED**.

DATED this 2nd day of January, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ABEYANCE - 4
(23-cv-1657-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970